JUDGE CROTTY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - -x

UNITED STATES OF AMERICA          :

        - v. -                    :     INDICTMENT

RALPH BERRY,                      :     07 Cr.

              Defendant.          :     07 CRIM 868

- - - - - - - - - - - - - - - - -x

### COUNT ONE

The Grand Jury charges:

On or about April 11, 2007, in the Southern District of New York, RALPH BERRY, the defendant, unlawfully, intentionally, and knowingly did distribute and possess with intent to distribute a controlled substance, to wit, 50 grams and more of mixtures and substances containing a detectable amount of cocaine base, in a form commonly known as "crack."

(Title 21, United States Code, Sections 812, 841(a)(1), 841(b)(1)(A).)


_____          _____
FOREPERSON                       MICHAEL J. GARCIA
                                 United States Attorney

ALLY FILED
SEP 12 2007