```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: OCT 1 1 2007
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
UNITED STATES OF AMERICA,

        Plaintiff,

- against -

Ralph Berry,

        Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

1: 07 Cr.868 - 1   (PAC)

ORDER

HONORABLE PAUL A. CROTTY, United States District Judge:

The Assistant Federal Defender assigned to this case, Peggy M. Cross, is hereby relieved as counsel to defendant Ralph Berry. The C.J.A. attorney assigned to receive cases on this day, Andrew G. Patel, is hereby ordered to assume representation of the defendant in the above captioned matter. See transcript of proceeding held on October 11, 2007 for complete details.

SO ORDERED

_____
PAUL A. CROTTY
United States District Judge

Dated:   New York, New York
          October 11, 2007