```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -X
                                    :
UNITED STATES OF AMERICA            :
                                    :       PRIOR FELONY INFORMATION
            - v. -                  :
                                    :       S1 07 Cr. 868 (PAC)
RALPH BERRY,                        :
                                    :
                 Defendant.         :
                                    :
- - - - - - - - - - - - - - - - - -X
```

ORIGINAL

The United States Attorney charges:

That on or about February 3, 1997, in New York State Supreme Court, Bronx County, RALPH BERRY, the defendant, was convicted of criminal sale of a controlled substance in the third degree, in violation of PL 220.39, a Class B Felony, and for which he received a sentence of three to nine years' imprisonment.

Accordingly, RALPH BERRY, the defendant, is subject to the enhanced penalties of Title 21, United States Code, Sections 812, 841(a), and 841(b)(1)(A).

(Title 21, United States Code, Section 851.)

_____
MICHAEL J. GARCIA
United States Attorney

<u>CERTIFICATE OF SERVICE</u>

MARISSA MOLÉ deposes and says that she is employed in the Office of the United States Attorney for the Southern District of New York.

That on January 25, 2008, she caused to be served a copy of the attached Prior Felony Information against defendant Ralph Berry, No. S1 07 Cr. 868 (PAC), by overnight mail, upon:

> Andrew G. Patel, Esq.
> 111 Broadway, 13th Floor
> New York, NY 10006

I declare under penalty of perjury that the foregoing is true and correct. 28 U.S.C. Section 1746.

*[signature]*
MARISSA MOLÉ

Executed on: January 25, 2008
           New York, New York

Form No. USA-33s-274 (Ed. 9-25-58)

---

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

- v. -

RALPH BERRY,

Defendant.

---

PRIOR FELONY INFORMATION

S1 07 Cr. 868 (PAC)

(Title 21, United States Code,
Section 851.)


MICHAEL J. GARCIA
United States Attorney

---