

U.S. Department of Justice

United States Attorney
Southern District of New York

The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007

January 30, 2008

**MEMO ENDORSED**

**BY FACSIMILE**

Honorable Paul A. Crotty
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, N.Y. 10007

    Re:    <u>United States v. Ralph Berry</u>,
            S1 07 Cr. 868 (PAC)

Dear Judge Crotty:

    Trial has been set in this case for March 3, 2008. For various reasons including the availability of witnesses, and the parties' continuing efforts to reach a disposition of this matter, the Government respectfully requests that trial be postponed until March 24, 2008, and that time be excluded for speedy trial purposes until that date. Defense counsel, Andrew G. Patel, Esq., joins the Government in this request.

Respectfully submitted,

MICHAEL J. GARCIA
United States Attorney

By: _/s/ Marissa Molé_
Marissa Molé
Assistant United States Attorneys
(212) 637-2275

cc:    Andrew G. Patel, Esq.

Encl.

The 2/26/08 FPTC is adjourned to Wed, March 12, 2008 at 3:30 pm in Courtroom 20-C.

SO ORDERED:

_/s/ Paul A. Crotty_ 2/4/08
HON. PAUL A. CROTTY
UNITED STATES DISTRICT JUDGE

TOTAL P.02