UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

UNITED STATES OF AMERICA,

                                         1: 07 Cr.00868 (PAC)

- against -                                 ORDER

Ralph Berry,

         Defendant.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

*USDS SDNY*
*DOCUMENT*
*ELECTRONICALLY FILED*
*DOC #: _____*
*DATE FILED: MAR 1 2 2008*

HONORABLE PAUL A. CROTTY, United States District Judge:

The CJA attorney assigned to this case, Andrew G. Patel, is hereby relieved as counsel to defendant Ralph Berry. The C.J.A. attorney assigned to receive cases on this day, Henry J. Steinglass, shall assume representation of the defendant in the above captioned matter.

The Clerk of Court is directed to terminate Andrew G. Patel as counsel to the defendant and include Henry J. Steinglass as CJA counsel to the defendant on CM / ECF. Mr. Steinglass shall promptly file a notice of appearance in this case.

SO ORDERED

_____
PAUL A. CROTTY
United States District Judge

Dated:    New York, New York
            March 12, 2008