```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: MAR 27 2008
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
UNITED STATES OF AMERICA,

                                              1: 07 Cr.00868 (PAC)

      - against -                              ORDER

Ralph Berry,
              Defendant.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

      HONORABLE PAUL A. CROTTY, United States District Judge:

      The CJA attorney assigned to this case, Henry J. Steinglass, is hereby relieved as counsel to defendant Ralph Berry. The C.J.A. attorney assigned to receive cases on this day, Peter Enrique Quijano, shall assume representation of the defendant in the above captioned matter.

      The Clerk of Court is directed to terminate Henry J. Steinglass as counsel to the defendant and include Peter Enrique Quijano as CJA counsel to the defendant on CM / ECF. Mr. Quijano shall promptly file a notice of appearance in this case.

                                                  SO ORDERED

                                                  _____
                                                  PAUL A. CROTTY
                                                  United States District Judge

Dated:    New York, New York
            March 26, 2008