AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

Southern | DISTRICT OF | New York

**APPEARANCE**

Case Number: 07-CR-868 (PAC)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Ralph Berry

I certify that I am admitted to practice in this court.

| 8/14/2008 | *[signature]* |
|---|---|
| Date | Signature |

| James E. Neuman | JN6697 |
|---|---|
| Print Name | Bar Number |

100 Lafayette Street, Suite 501
Address

| New York | NY | 10013 |
|---|---|---|
| City | State | Zip Code |

(212) 966-5612 | (212) 571-5507
Phone Number | Fax Number